## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Matthew G. Roundcount and Mica R. Roundcount

    Debtor(s)

U.S. Bank, N.A.

    Movant(s),
  vs.

Matthew G. Roundcount and Mica R. Roundcount, Debtors and Trustee Russell C Simon

    Defendant(s).

In Proceedings Under Chapter 13

BK 08−32577

## ORDER GRANTING RELIEF FROM STAY

    This matter is before the Court on a motion for relief from automatic stay filed on 12/18/2009; it appearing to the Court

- ☑ that the debtor has not filed an objection and/or has consented to the motion;
- ☑ that the Trustee has not filed an objection and/or has consented to the motion;
- ☐ other:

    Accordingly, **IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted.  The provision in Bankruptcy Rule 4001 (a) (3) staying for fourteen days an order granting a motion for relief from stay is hereby waived.

ENTERED: January 5, 2010                         /s/ Kenneth J. Meyers
                                                                  UNITED STATES BANKRUPTCY JUDGE